**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **STATE OF MISSOURI, ex rel.** ) | |
| **CHRIS KOSTER** ) | |
| **Attorney General,** ) | |
|     **Plaintiff,** ) | |
| ) | **Case No.**    **4:09-cv-01641 CAS** |
| **v.** ) | |
| ) | |
| **PORTFOLIO RECOVERY ASSOCIATES, INC.,** ) | |
| **and** ) | |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC,** ) | |
|     **Defendants.** ) | |

**MOTION FOR EXTENSION OF TIME**

COMES NOW Plaintiff State of Missouri ex rel. CHRIS KOSTER, Attorney General,

and respectfully request that this Court grant its motion to an extension of time up to and

including November 24, 2009, to respond to Defendants' Motion to Dismiss. Defendants have

no objection to the request.

Respectfully Submitted,

PLAINTIFF, STATE OF MISSOURI,
ex Rel., Attorney General Chris Koster

/s/ Debra K. Lumpkins
Debra K. Lumpkins, E.D.MO # 502756
Assistant Attorney General
P.O. Box 861; St. Louis, MO 63188
Tel:    (314)340-6816; Fax:  (314)340-7957
debra.lumpkins@ago.mo.gov

**Certificate of Service**

I hereby certify that a true and correct copy of the foregoing was filed electronically with the
United States District Court for the Eastern District of Missouri by operation of the Court's
CM/ECF electronic filing system on this 16th day of November, 2009.

/s/ Debra K. Lumpkins