IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STATE OF MISSOURI, ex rel. ) | |
| CHRIS KOSTER ) | |
| Attorney General, ) | |
|     Plaintiff, ) | |
| ) | Case No.   4:09-cv-01641 CAS |
| v. ) | |
| ) | |
| PORTFOLIO RECOVERY ASSOCIATES, INC., ) | |
| and ) | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, ) | |
|     Defendants. ) | |

**ORDER**

**IT IS ORDERED** that the extension of time to respond to the Motion to Dismiss is hereby extended up to and including November 24, 2009.

**SO ORDERED:**

_____
Honorable Charles A. Shaw

Date: _____