

# MISSOURI CIRCUIT COURT
# TWENTY-SECOND JUDICIAL CIRCUIT
(CITY OF ST. LOUIS)

State of Missouri

VS

Professional Debt Management

CASE NO. 0922-CC08790   DIVISION 31   November 9   09

## ORDER/JUDGMENT/MEMORANDUM

Defendant's motion for more definite statement called, heard and sustained. Plaintiff granted 21 days to file an amended petition, particularly with respect to when violations occurred, venue allegations, and defendant as successor to Phoenix.

Status conference set for 9AM on April 12, 2010.

State of Missouri
Debra K. Lumphins, AAG
P.O. Box 861, St.L. 63188
Bar # 56033

Evans + Dixon
by [signature]
atty for Deft
22508

So Ordered,
[signature]
Judge

FORM 14 (Rev 11/02)